| Doe | Marketplace | Store Name | Merchant ID |
|-----|-------------|------------|-------------|
| 1 | Alibaba | Shenzhen Ganyuan Industry Co., Ltd. | animefactory |
| 2 | Alibaba | Shenzhen Yimeijia Import And Export Trading Co., Ltd. | animeproducts |
| 3 | Alibaba | Guangzhou Fuyue Qianchao Trade Co., Ltd. | animewholesaler |
| 4 | Alibaba | Zhuhai Baize Technology Co., Ltd. | baizefigure |
| 5 | Alibaba | Yiwu L&C Commercial Trading Co., Ltd. | bestlc-trading |
| 6 | Alibaba | Dongguan Bozhan Hardware Products Co., Ltd. | bozhanhardware |
| 7 | Alibaba | Shenzhen Bridgetoworld Technology Co., Ltd. | bridgetoworld |
| 8 | Alibaba | Fuzhou Nice Trading Co., Ltd. | cldnice |
| 9 | Alibaba | Yiwu Wowei Jewerly Co., Ltd. | cnwowei888 |
| 10 | Alibaba | Dongyang Tongshang Trading Co., Ltd. | dytongshang |
| 11 | Alibaba | Dongyang Yangbao Toy Factory (Individual Business) | dyybwj |
| 12 | Alibaba | Shenzhen Enmei Trading Co., Ltd. | enmeitrading |
| 13 | Alibaba | Yiwu Feimeng Jewelry Co., Ltd. | feimengmakeup |
| 14 | Alibaba | Hefei ZY Trade Co., Ltd. | freethinking |
| 15 | Alibaba | Quanzhou Freescale Network Technology Co., Ltd. | fsker |
| 16 | Alibaba | Suzhou Getogether Sujiao Co., Ltd. | getogether |
| 17 | Alibaba | Shenzhen Xingman Industry Co., Ltd. | gifts-china |
| 18 | Alibaba | Guangxi Xinghang Hongyun Import And Export Trade Co., Ltd. | gxstarship |
| 19 | Alibaba | Guangzhou Dokool Anime Co., Ltd. | gzduoku |
| 20 | Alibaba | Guangzhou Osmo Import & Export Co., Ltd. | gzosmo |
| 21 | Alibaba | Xiamen Hengsu Technology Co., Ltd. | hengsupins |
| 22 | Alibaba | Huizhou Linda Toys Co., Ltd. | hzqylinda |
| 23 | Alibaba | Yiwu Jingyi E-Commerce Firm | jingyiyw |
| 24 | Alibaba | Licheng District Lizhong Zhang Mingcheng Shoe And Clothing Business Department | jjmingcheng |
| 25 | Alibaba | Shenzhen Ji Mi Technology Co., Ltd. | joymorestore |
| 26 | Alibaba | Yiwu Kebai Trading Co., Ltd. | kebai |
| 27 | Alibaba | Yiwu City Kefeng Jewelry Co., Ltd. | kefejewelry |
| 28 | Alibaba | Zhongshan Kunying Arts & Crafts Co., Ltd. | kunyingtrade |
| 29 | Alibaba | Yiwu Honglang Technology Co., Ltd. | lecaijf |
| 30 | Alibaba | Hefei ZY Trade Co., Ltd. | lmzy |
| 31 | Alibaba | Haifeng County Hai City Lonico Accessories Firm (individual Business) | lonico |
| 32 | Alibaba | Yiwu Lucky Star Crafts Co., Ltd. | luckystar888 |
| 33 | Alibaba | Yiwu Luwei Trading Firm | luweimaoyi |
| 34 | Alibaba | Jinjiang City Chidian Town Zhangmingcheng Shoes And Hats Business Department | maixishoes |
| 35 | Alibaba | Shenzhen Migaotong Electronics Co., Ltd. | megaotong |
| 36 | Alibaba | Yiwu Menglin Trading Co., Ltd. | menglinfigure |
| 37 | Alibaba | Fuzhou Partyhigh Trade Co., Ltd. | partyhigh |
| 38 | Alibaba | Yichun City Dongsheng Jewelry Co., Ltd. | ring |
| 39 | Alibaba | Yiwu Rongji Jewelry Co., Ltd. | rongjijewelry |
| 40 | Alibaba | Dongguan Rongtengxin Technology Co., Ltd. | rongtengxin |
| 41 | Alibaba | Dongguan Fanchun Technology Co., Ltd. | securifyco |
| 42 | Alibaba | Guangzhou Yuexiu District Shangwei Shoe Material Firm | shangweishoe |
| 43 | Alibaba | Guangzhou Shangxinsheng Gift Co., Ltd. | shangxstoys |
| 44 | Alibaba | Xiamen Showyou Technology Co., Ltd. | showyoutech |
| 45 | Alibaba | Guangzhou Yuexiu Shufanjie Clothing Firm | shufanjie |
| 46 | Alibaba | Shanghai Weilong Trade Co., Ltd. | shweilong |
| 47 | Alibaba | Quanzhou Simba Supply Chain Co., Ltd. | simbasupplychain |
| 48 | Alibaba | Shenzhen Bridgetoworld Technology Co., Ltd. | szbtw |
| 49 | Alibaba | Shenzhen Hendry Electronics Co., Ltd. | szhendryelectronic |
| 50 | Alibaba | Suzhou Maokang Industrial Technology Co., Ltd. | szmaokang |
| 51 | Alibaba | Ezhou Tongguodou Trading Co., Ltd. | tgd |
| 52 | Alibaba | Tonglu Qinyang E-Commerce Co., Ltd. | tlqy |
| 53 | Alibaba | Shenzhen Tsh Technology Co., Ltd. | tshui2024 |
| 54 | Alibaba | Zhongshan Custom Crafts Co., Ltd. | uniquelapelpins |
| 55 | Alibaba | Jinjiang Chidian Town Weiwei Shoemaking Accessory Store | weiweifu |
| 56 | Alibaba | Nan 'an Shishan Town XinXia Shoes And Clothing Firm (Individual business) | xinxia0529 |
| 57 | Alibaba | Yiwu Ningchang Trading Co., Ltd. | yiwuningchang |
| 58 | Alibaba | Zhuzhou Wondove Garment Accessory Co., Ltd. | youbling |

| 59 | Alibaba | Wuhan John Kids Toys Co., Ltd. | yuehantoys |
|---|---|---|---|
| 60 | Alibaba | Yiwu Yunxian Jewelry Co., Ltd. | yunxianjewelry |
| 61 | Alibaba | Yiwu Dizhou E-Commerce Firm | ywdizhou |
| 62 | Alibaba | Yiwu Mangke E-Commerce Firm | ywmk6688 |
| 63 | Alibaba | Yiwu Yh Art & Crafts Co., Ltd. | ywyh |
| 64 | Alibaba | Yiwu Zhiyue Trade Co., Ltd. | ywzhiyue |
| 65 | Alibaba | Wuhan Shen'ao Trading Co., Ltd. | zhouao991128 |
| 66 | Alibaba | Zhongshan Lanrui Technology Co., Ltd. | zslanrui |
| 67 | Alibaba | Yiwu Zhenwan E-Commerce Co., Ltd. | zwtoy |
| 68 | Aliexpress | Hot Toys Store | 1101198501 |
| 69 | Aliexpress | Amandafunnyzone Store | 1101278572 |
| 70 | Aliexpress | Shop5684016 Store | 1101379066 |
| 71 | Aliexpress | KiritoToys Store | 1101391980 |
| 72 | Aliexpress | Teezone Store | 1101544062 |
| 73 | Aliexpress | Hanna Ho Store | 1101587342 |
| 74 | Aliexpress | JEWELRYSPACE Store | 1101651464 |
| 75 | Aliexpress | 2021 stickers Store | 1101670878 |
| 76 | Aliexpress | NACHU 04 Store | 1101754285 |
| 77 | Aliexpress | BBYP Store | 1101807209 |
| 78 | Aliexpress | YYDS Kids Store | 1101953128 |
| 79 | Aliexpress | RSDZSWFS NO 17 Store | 1101991935 |
| 80 | Aliexpress | SMILE Toy Store Store | 1102044524 |
| 81 | Aliexpress | Anime Toys Jewelry Store | 1102046305 |
| 82 | Aliexpress | SELLPOP Store | 1102052095 |
| 83 | Aliexpress | Ivy Handmade Original Jewelry Store | 1102301356 |
| 84 | Aliexpress | Anime Jewellery Badge Store | 1102377473 |
| 85 | Aliexpress | Shop1102457200 Store | 1102454241 |
| 86 | Aliexpress | Happyy Hat Store | 1102598529 |
| 87 | Aliexpress | Neverland Store | 1102676633 |
| 88 | Aliexpress | Until You Come Store | 1102762089 |
| 89 | Aliexpress | MOONCAT Figure Store | 1102814715 |
| 90 | Aliexpress | Shop1102824239 Store | 1102820286 |
| 91 | Aliexpress | Pailou Factory Store | 1102840008 |
| 92 | Aliexpress | Sam Party Store | 1102859769 |
| 93 | Aliexpress | Shop1102680305 Store | 1102888557 |
| 94 | Aliexpress | WOW DIY 3C CASE 5 Store | 1102908901 |
| 95 | Aliexpress | Feichang Sparkle Accessories Store | 1102936210 |
| 96 | Aliexpress | Anime Cosplay Fans Store | 1102937523 |
| 97 | Aliexpress | Jewelry Factory Top1 Store | 1102938414 |
| 98 | Aliexpress | Shop1102952012 Store | 1102952013 |
| 99 | Aliexpress | Anime T-shirt Store | 1102981193 |
| 100 | Aliexpress | Fashion Canvas Painting Store | 1102994943 |
| 101 | Aliexpress | HF Cosplay Jewelry Store | 1103024169 |
| 102 | Aliexpress | Sunshine Toys Store | 1103045441 |
| 103 | Aliexpress | Office Stationery Store | 1103075815 |
| 104 | Aliexpress | LJHYDFCNB 290 Store | 1103078591 |
| 105 | Aliexpress | Shop1103140704 Store | 1103128639 |
| 106 | Aliexpress | Trinket Trove Store | 1103130258 |
| 107 | Aliexpress | HOTSALECASE90 Store | 1103131284 |
| 108 | Aliexpress | DIYs 155 Store | 1103140324 |
| 109 | Aliexpress | 195 LT Store | 1103180497 |
| 110 | Aliexpress | AIYIYI Store | 1103188058 |
| 111 | Aliexpress | Shop1103204406 Store | 1103205404 |
| 112 | Aliexpress | Cute Brooch Badge Store | 1103276629 |
| 113 | Aliexpress | 3M Good Canvas Store | 1103286070 |
| 114 | Aliexpress | Changshuo Office Store | 1103299163 |
| 115 | Aliexpress | Cartoon Anime Badge Store | 1103307621 |
| 116 | Aliexpress | Lovely Office Supplies Store | 1103310975 |
| 117 | Aliexpress | Shop1103328002 Store | 1103317921 |

| 118 | Aliexpress | Strange Treasures And Treasures Store | 1103330379 |
| 119 | Aliexpress | Shop1103333020 Store | 1103334029 |
| 120 | Aliexpress | FIATTE Flagship Store | 1103354170 |
| 121 | Aliexpress | Top1 251 Case Store | 1103369095 |
| 122 | Aliexpress | Shop1103439064 Store | 1103439065 |
| 123 | Aliexpress | LXJA Store | 1103442174 |
| 124 | Aliexpress | Shop BD 666 Store | 1103477557 |
| 125 | Aliexpress | JiniTiming Store | 1103511524 |
| 126 | Aliexpress | Shop1103536352 Store | 1103527175 |
| 127 | Aliexpress | Party Toys Store | 1103536208 |
| 128 | Aliexpress | Bookwhimsy Store | 1103563138 |
| 129 | Aliexpress | NewWorldOne Store | 1103571116 |
| 130 | Aliexpress | Anime Peripheral Bookmark Store | 1103581618 |
| 131 | Aliexpress | GaGa Pin Shop Store | 1103599820 |
| 132 | Aliexpress | Star Uv Dtf Sticker Store | 1103609548 |
| 133 | Aliexpress | Shop1103622293 Store | 1103617361 |
| 134 | Aliexpress | Shop1103623292 Store | 1103618390 |
| 135 | Aliexpress | Shop1103671540 Store | 1103674531 |
| 136 | Aliexpress | Shop1103699008 Store | 1103685956 |
| 137 | Aliexpress | Joyful Handcrafts Store | 1103692300 |
| 138 | Aliexpress | Shop1103696152 Store | 1103695167 |
| 139 | Aliexpress | Boutique Home Textile Products Shop Store | 1103697213 |
| 140 | Aliexpress | Shop1103711116 Store | 1103706132 |
| 141 | Aliexpress | Shop1103711114 Store | 1103708128 |
| 142 | Aliexpress | Shop1103715088 Store | 1103711109 |
| 143 | Aliexpress | Shop1103705150 Store | 1103714107 |
| 144 | Aliexpress | Optimal Service For You Store | 1103727253 |
| 145 | Aliexpress | Short Sleeve Boutique Shop Store | 1103740025 |
| 146 | Aliexpress | Diyhomever Diamond Art Painting Store | 1103742766 |
| 147 | Aliexpress | FASHION EU Store | 1103754086 |
| 148 | Aliexpress | JINGYI Diamond Painting Store | 1103754347 |
| 149 | Aliexpress | AINUOYI Store | 1103771123 |
| 150 | Aliexpress | Shop1103770166 Store | 1103775142 |
| 151 | Aliexpress | I Will Cheer Store | 1103777139 |
| 152 | Aliexpress | China Comprehensive Store | 1103804155 |
| 153 | Aliexpress | Shop1103831758 Store | 1103835736 |
| 154 | Aliexpress | Liusu Stationery Store | 1103837031 |
| 155 | Aliexpress | Boutique Home Textile Store Store | 1103852480 |
| 156 | Aliexpress | UV DTF Custom Store | 1103853415 |
| 157 | Aliexpress | Bee Children Creative Store | 1103855423 |
| 158 | Aliexpress | Wonderful Life S Store | 1103855775 |
| 159 | Aliexpress | Shop1103858502 Store | 1103858503 |
| 160 | Aliexpress | Shop1103856503 Store | 1103865422 |
| 161 | Aliexpress | A4QIXI-BAG Store | 1103879356 |
| 162 | Aliexpress | CSC Store | 1103882723 |
| 163 | Aliexpress | Home Goods Home Textile Shop Store | 1103885740 |
| 164 | Aliexpress | Warm Hearted Products Store | 1103887783 |
| 165 | Aliexpress | Shop1103886573 Store | 1103889509 |
| 166 | Aliexpress | Home Textile Store Store | 1103899035 |
| 167 | Aliexpress | Shop1103919006 Store | 1103908112 |
| 168 | Aliexpress | Shop1103920098 Store | 1103920099 |
| 169 | Aliexpress | Shop1103946385 Store | 1103937404 |
| 170 | Aliexpress | Shop1103937295 Store | 1103938328 |
| 171 | Aliexpress | Home Goods Home Textile Boutique Store | 1103947018 |
| 172 | Aliexpress | Shop1103959019 Store | 1103969004 |
| 173 | Aliexpress | Shop1103999877 Store | 1103995937 |
| 174 | Aliexpress | Shop1103993436 Store | 1103999457 |
| 175 | Aliexpress | Shop1104009338 Store | 1104001442 |
| 176 | Aliexpress | Shop1104007523 Store | 1104002466 |

| | | | |
|---|---|---|---|
| 177 | Aliexpress | Shop1104002467 Store | 1104002468 |
| 178 | Aliexpress | Goodlife Diamond Painting Store | 1104002755 |
| 179 | Aliexpress | Do Figure Store | 1104003503 |
| 180 | Aliexpress | Shop1103997858 Store | 1104003869 |
| 181 | Aliexpress | Shop1104006067 Store | 1104006068 |
| 182 | Aliexpress | Shop1103994626 Store | 1104007629 |
| 183 | Aliexpress | Shop1104036082 Store | 1104027109 |
| 184 | Aliexpress | Office And School Supplies Store | 1104036265 |
| 185 | Aliexpress | Fashion Printed Clothing Store | 1104055580 |
| 186 | Aliexpress | SHUY-A7 Store | 1104056886 |
| 187 | Aliexpress | Shop1104064732 Store | 1104057801 |
| 188 | Aliexpress | Shop1104048106 Store | 1104058019 |
| 189 | Aliexpress | LMY-A5 Store | 1104060927 |
| 190 | Aliexpress | Shop1104068765 Store | 1104063852 |
| 191 | Aliexpress | Sky Star Store | 1104064731 |
| 192 | Aliexpress | Lucky 208 Kawaii Case Store | 1104065591 |
| 193 | Aliexpress | Shop1104058671 Store | 1104066659 |
| 194 | Aliexpress | Shop1104059793 Store | 1104067798 |
| 195 | Aliexpress | Shop1104059848 Store | 1104067833 |
| 196 | Aliexpress | Shop1104062732 Store | 1104069637 |
| 197 | Aliexpress | Shop1104082686 Store | 1104072672 |
| 198 | Aliexpress | Shop1104072673 Store | 1104072674 |
| 199 | Aliexpress | Lala Pin Store | 1104073389 |
| 200 | Aliexpress | Shop1104074281 Store | 1104074282 |
| 201 | Aliexpress | Fashionable And Elegant Home Textiles Store | 1104074792 |
| 202 | Aliexpress | Shop1104079241 Store | 1104078254 |
| 203 | Aliexpress | 7233 Store | 1104078690 |
| 204 | Aliexpress | Shop1104083019 Store | 1104079053 |
| 205 | Aliexpress | Shop1104078253 Store | 1104082227 |
| 206 | Aliexpress | High Quality Products Serving You Store | 1104086310 |
| 207 | Aliexpress | Popular Anime Tapestry Store | 1104090189 |
| 208 | Aliexpress | Shop1104106566 Store | 1104091669 |
| 209 | Aliexpress | Shop1104094671 Store | 1104094672 |
| 210 | Aliexpress | Shop1104101052 Store | 1104098070 |
| 211 | Aliexpress | Shop1104094678 Store | 1104099601 |
| 212 | Aliexpress | Shop1104108336 Store | 1104106574 |
| 213 | Aliexpress | Shop1104124343 Store | 1104111584 |
| 214 | Aliexpress | Shop1104118322 Store | 1104112372 |
| 215 | Aliexpress | Shop1104111894 Store | 1104121673 |
| 216 | Aliexpress | Shop1104139297 Store | 1104142240 |
| 217 | Aliexpress | Shop1104191695 Store | 1104194678 |
| 218 | Aliexpress | Cheng Yue Jewelry Store | 1104210051 |
| 219 | Aliexpress | Shop1104214200 Store | 1104213220 |
| 220 | Aliexpress | HUTAO Store | 1104278520 |
| 221 | Aliexpress | Shop1104300539 Store | 1104309540 |
| 222 | Aliexpress | Shop1104334737 Store | 1104334738 |
| 223 | Aliexpress | Shop1104339850 Store | 1104334767 |
| 224 | Aliexpress | Shop1104343666 Store | 1104338680 |
| 225 | Aliexpress | Perfectees Store | 1104344458 |
| 226 | Aliexpress | Shop1104335382 Store | 1104345377 |
| 227 | Aliexpress | Shop1104344957 Store | 1104353081 |
| 228 | Aliexpress | Shop1104387152 Store | 1104394162 |
| 229 | Aliexpress | Shop1104405677 Store | 1104398706 |
| 230 | Aliexpress | Shop1104401381 Store | 1104401382 |
| 231 | Aliexpress | Yeyuan Store | 1104416019 |
| 232 | Aliexpress | Shop1104430327 Store | 1104439312 |
| 233 | Aliexpress | CharmCraft Store | 1104487227 |
| 234 | Aliexpress | Shop1104550448 Store | 1104550449 |
| 235 | Aliexpress | Shop1104570296 Store | 1104569305 |

| 236 | Aliexpress | Shop1104568308 Store | 1104569337 |
| 237 | Aliexpress | Shop1104571259 Store | 1104570284 |
| 238 | Aliexpress | Shop1104570196 Store | 1104571183 |
| 239 | Aliexpress | Shop1104591037 Store | 1104596039 |
| 240 | Aliexpress | XinTreasure Pillowcase Luxury 109 Store | 1104608001 |
| 241 | Aliexpress | Shop1104631089 Store | 1104634081 |
| 242 | Aliexpress | Shop1104629385 Store | 1104635419 |
| 243 | Aliexpress | Shop1104652629 Store | 1104646617 |
| 244 | Aliexpress | Shop1104686129 Store | 1104673461 |
| 245 | Aliexpress | Shop1104682344 Store | 1104675423 |
| 246 | Aliexpress | Shop1104674306 Store | 1104679266 |
| 247 | Aliexpress | Shop1104693795 Store | 1104693796 |
| 248 | Aliexpress | Shop1104698169 Store | 1104694158 |
| 249 | Aliexpress | Shop1104700823 Store | 1104696754 |
| 250 | Aliexpress | Shop1104693788 Store | 1104696755 |
| 251 | Aliexpress | Shop1104693888 Store | 1104696843 |
| 252 | Aliexpress | Shop1104696756 Store | 1104700827 |
| 253 | Aliexpress | Shop1104699656 Store | 1104701668 |
| 254 | Aliexpress | Shop1104702140 Store | 1104702141 |
| 255 | Aliexpress | Shop1104693370 Store | 1104703364 |
| 256 | Aliexpress | ZXDingZhi POD Fashion Store | 1104718123 |
| 257 | Aliexpress | Shop1104717165 Store | 1104721164 |
| 258 | Aliexpress | MZSS-19 Store | 1104722320 |
| 259 | Aliexpress | 3D Luxury Fashion Home Textiles Store | 1104726186 |
| 260 | Aliexpress | Shop1104739127 Store | 1104738120 |
| 261 | Aliexpress | Shop1104734451 Store | 1104744452 |
| 262 | Aliexpress | King In Jewelry Store | 1104750267 |
| 263 | Amazon | VA StoReDn | A113JRIDF2JJ2I |
| 264 | Amazon | GJTIM | A14SAFQ91V8YEL |
| 265 | Amazon | yanchengshichuangzhifeishangmaoyouxiangongsi | A190H2O3QT3UAP |
| 266 | Amazon | YOUTHSTORE | A19O4R26LCI749 |
| 267 | Amazon | LQRI | A1B69IRCUKAO4D |
| 268 | Amazon | Va StoreDana* | A1BRWBBV1A7YSG |
| 269 | Amazon | ZHAOHANJEWELRY | A1C2OD8PDKN9PN |
| 270 | Amazon | LBOS | A1IGQAR5ONDWUD |
| 271 | Amazon | ZNTU | A1JF0MZ46C4P6B |
| 272 | Amazon | WSION | A1MN1VBAHP2OBK |
| 273 | Amazon | Colorwonder | A1O7P48XL02G07 |
| 274 | Amazon | VA StoreNU() | A1QEWQVKGZE0X0 |
| 275 | Amazon | VAMSII | A1TFRTTO4RJCBU |
| 276 | Amazon | DOINB TIAN | A1TR8QVQG777GU |
| 277 | Amazon | WSNANG | A1UQGJV56K5KKV |
| 278 | Amazon | zhangwei art | A2133ATRYC2X2I |
| 279 | Amazon | EIGH8 | A23RR7MFFX1WAP |
| 280 | Amazon | fengmujiaoshangmao | A23SJ70W38FMBE |
| 281 | Amazon | clp12 | A29I0HZWWU8AIS |
| 282 | Amazon | chengduwofuwenshangmaoyouxiangongsi | A2BF3E57OG40P5 |
| 283 | Amazon | JieEr | A2ECROBOWK5P4V |
| 284 | Amazon | AE9E76L6B | A2IJ5QIMZFVSAZ |
| 285 | Amazon | BAUNA | A2JQNJVP9473OG |
| 286 | Amazon | US-WCGXKO | A2LMPETRYGBWBQ |
| 287 | Amazon | quta | A2N54YW5QGKUUU |
| 288 | Amazon | pengfe111 | A2T8C6R8L93608 |
| 289 | Amazon | Aimiy | A2TZ34TZI8B70X |
| 290 | Amazon | OERJMATTERA | A2UQUOE25XXN9U |
| 291 | Amazon | vvild | A2V5K4SGYVQ8SU |
| 292 | Amazon | Feelofly Store | A2VTTN7RTQ6WFK |
| 293 | Amazon | LRDHOQPW | A2Y13OA4JB7AU8 |
| 294 | Amazon | TSOTMO | A31822QYXUVJAG |

| 295 | Amazon | CMNIM | A32ZX37DY74JPU |
| 296 | Amazon | YJSANN | A354BRSNKORY5V |
| 297 | Amazon | Senmure | A35D1XJUAFC8AE |
| 298 | Amazon | G2TUP-US | A36J6AETUBXGYN |
| 299 | Amazon | MBMSO | A3BLHD68GPVP9O |
| 300 | Amazon | QIQLO | A3BZOPC36PVI28 |
| 301 | Amazon | FEELMEM JEWELRY | A3CJ66Y9AQKC1G |
| 302 | Amazon | MORALES52277 | A3ED4CDVQWCYYR |
| 303 | Amazon | ZHUOXING STORE | A3ERHCS6SPFTEA |
| 304 | Amazon | DAWRANBEK'S home store | A3GFKQUYCNLXQZ |
| 305 | Amazon | KEYCHIN | A3JS43MJ8E2ICB |
| 306 | Amazon | CHUNNN | A3ULKPPXTXE14E |
| 307 | Amazon | qiujinjie666 | A48DEWXX4XMV5 |
| 308 | Amazon | ZHIHENG | A6924U54BSA65 |
| 309 | Amazon | Dedi-US | A6A47BM461UYW |
| 310 | Amazon | jianxiaodian | A7KQQJR41SNM6 |
| 311 | Amazon | Durcoo | A8AM0HT6MG7RS |
| 312 | Amazon | Love Lovers | A9051P01PQWH4 |
| 313 | Amazon | chengdufashuirangshangmaoyouxiangongsi | AF4CFSVBEPTI |
| 314 | Amazon | hangdian store | AHXB835CYT10Q |
| 315 | Amazon | LUXURY FLAVORABLE COFFEE MUGS | AKI1EZ2Q243WE |
| 316 | Amazon | YUNXIAN | ALZW3ZIJAEZWG |
| 317 | Amazon | YUBUYU | AM2Q3QJMBL7Z5 |
| 318 | Amazon | THU UYU√āN KIFI SHOP88 | ANYUYF2N6ON04 |
| 319 | Amazon | JieKaiHanShangMaoYouXianGongSi | AO3DQEEMCJ3NQ |
| 320 | Amazon | jiakanChenXiBing | AOFMU1N05CVOA |
| 321 | Amazon | Melodyyy | AP0YNGMNI2BH7 |
| 322 | Amazon | bobauna | AREGRP5FENTM8 |
| 323 | Amazon | HRM-C | ASHGMCNWA6S1A |
| 324 | Amazon | Eggstadium | AVAJJFGU09M3I |
| 325 | Amazon | Breeze2020 | AW14IKV3I8PIJ |
| 326 | Amazon | OUYANGSHEN | AXCO6CTF4PKOX |
| 327 | Bonanza | cellMtronik's booth | 53122376 |
| 328 | DHgate | bdshop | 18216251 |
| 329 | DHgate | paluo | 20063278 |
| 330 | DHgate | amarylly | 20248499 |
| 331 | DHgate | heheda1 | 20325603 |
| 332 | DHgate | hermanw | 20331371 |
| 333 | DHgate | allseasonsyy | 21069654 |
| 334 | DHgate | longan08 | 21071542 |
| 335 | DHgate | softkett | 21105635 |
| 336 | DHgate | ericgordon | 21120446 |
| 337 | DHgate | luo04 | 21540547 |
| 338 | DHgate | lu006 | 21599596 |
| 339 | DHgate | minuet | 21628023 |
| 340 | DHgate | wuyanzus | 21631235 |
| 341 | DHgate | pipixiai | 21631241 |
| 342 | DHgate | originality11 | 21634889 |
| 343 | DHgate | jiangheya | 21634986 |
| 344 | DHgate | davidwesley | 21635577 |
| 345 | DHgate | qiaomaidou05 | 21716936 |
| 346 | DHgate | liancheng05 | 21733799 |
| 347 | DHgate | wangcai03 | 21759031 |
| 348 | DHgate | george_v | 21770794 |
| 349 | DHgate | earllorelei | 21810770 |
| 350 | DHgate | us_north_dakota | 21830194 |
| 351 | DHgate | us_oregon | 21830199 |
| 352 | DHgate | jlcar022 | 21845031 |
| 353 | DHgate | xiaomei_store | 21875542 |

| 354 | DHgate | fossetteq | 21931896 |
|---|---|---|---|
| 355 | DHgate | gratel | 21946503 |
| 356 | DHgate | z0008 | 21963218 |
| 357 | DHgate | z00010 | 21963226 |
| 358 | DHgate | homepro1 | 21979005 |
| 359 | DHgate | homepro9 | 21979039 |
| 360 | DHgate | homepro18 | 21989316 |
| 361 | DHgate | ddmyfriend | 21989846 |
| 362 | DHgate | ddmydesign | 21989855 |
| 363 | DHgate | ddmycrazy | 21989860 |
| 364 | DHgate | ddmyearth | 21997662 |
| 365 | DHgate | time_brocade | 22002336 |
| 366 | DHgate | beauty_of_ting1 | 22002416 |
| 367 | DHgate | swagger_fashion | 22002556 |
| 368 | DHgate | popular_district1 | 22002641 |
| 369 | DHgate | taiho_shop | 22002647 |
| 370 | DHgate | thousand_alley_end | 22002660 |
| 371 | DHgate | coisinistore | 22005572 |
| 372 | DHgate | rmbsbxha | 22016813 |
| 373 | DHgate | ua_salinas | 22021069 |
| 374 | DHgate | ua_niguel | 22021083 |
| 375 | DHgate | ua_tampa | 22021143 |
| 376 | DHgate | uk_ely | 22021197 |
| 377 | DHgate | dhshoesgl | 22022364 |
| 378 | DHgate | dhshoeshx | 22022407 |
| 379 | DHgate | dhpetgx | 22022427 |
| 380 | DHgate | muyixin_taoci111 | 22022615 |
| 381 | DHgate | peabody | 22022999 |
| 382 | DHgate | ribbon567 | 22029936 |
| 383 | DHgate | beneony | 22033795 |
| 384 | DHgate | kyveli | 22042458 |
| 385 | DHgate | brielle58 | 22058271 |
| 386 | DHgate | binbintie | 22216591 |
| 387 | eBay | DanieTrendyshop | accettana-96 |
| 388 | eBay | LouisvuiShop | anton7123 |
| 389 | eBay | BAHRAIN193 | arecon0 |
| 390 | eBay | bigheartofcity | bigheartofcity |
| 391 | eBay | pinznthingzaust | brehaw-57 |
| 392 | eBay | LALABURA | britbarto0 |
| 393 | eBay | Unique Style Store | buckhananc-40 |
| 394 | eBay | Duedong Store | carn-7081 |
| 395 | eBay | peyeu | caseyda-33 |
| 396 | eBay | Good.store68 | charadanishop |
| 397 | eBay | Rana_store1 | chathura-78 |
| 398 | eBay | Cheapandcheerful | cheapandcheerfuldeals |
| 399 | eBay | TP Storess | chokat_0 |
| 400 | eBay | Cozy La Belle Boutique | cozy_la_belle_boutiique |
| 401 | eBay | Creation Art Designs | creation_art_prints |
| 402 | eBay | deewank-22 | deewank-22 |
| 403 | eBay | desha5828 | desha5828 |
| 404 | eBay | kascitystore | djlaksh15 |
| 405 | eBay | Shop-Elaine TE | elaamo-0 |
| 406 | eBay | Happy Party-decor | fengxiaoling |
| 407 | eBay | funfinitystore | funfinitystore |
| 408 | eBay | fuyangshixindandianz_0 | fuyangshixindandianz_0 |
| 409 | eBay | garagemodels | garagemodels |
| 410 | eBay | gotocosplay | gotocosplay |
| 411 | eBay | Grim and Proper | grim_and_proper |
| 412 | eBay | guldmen0 | guldmen0 |

| 413 | eBay | Guifu Toy Store | gzmnh-36 |
| 414 | eBay | halburn_75 | halburn_75 |
| 415 | eBay | Elysian Artworks | handunranhulu0 |
| 416 | eBay | JNITproduction | hunt_pioneer |
| 417 | eBay | ALANKA 1972 | indubhas0 |
| 418 | eBay | izabelCustomTee | izabel_10 |
| 419 | eBay | FunkoJoyCards | joyskitschkreations |
| 420 | eBay | ABIGAIL ENRIQUEZ | kapa_200405 |
| 421 | eBay | kilingo-uk | kilingo-uk |
| 422 | eBay | king_anime | king_anime |
| 423 | eBay | Red Hawaiian Shirt | leeshapodanni |
| 424 | eBay | Fashion Gifts 666 | liangqin-53 |
| 425 | eBay | liouyou1234567897 | liouyou1234567897 |
| 426 | eBay | Vassan_store | lukslk9 |
| 427 | eBay | madkiw_66 | madkiw_66 |
| 428 | eBay | metalgoods24 | metalgoods24 |
| 429 | eBay | Mister Geek Store | mister*geek |
| 430 | eBay | BLINGTORE | mortswani0 |
| 431 | eBay | 4wearStore | motarad86 |
| 432 | eBay | Meperus | ngu_3667 |
| 433 | eBay | Nisena_onine | nisenawi0 |
| 434 | eBay | obla_73 | obla_73 |
| 435 | eBay | clothing store 12 | osvurt0 |
| 436 | eBay | Ouah | ouahidi-0 |
| 437 | eBay | pengxi-76 | pengxi-76 |
| 438 | eBay | DON GUNASENA | poathakadongu-0 |
| 439 | eBay | premieremart99 | premieremart99 |
| 440 | eBay | MALLIKA MENIKE | rathnayakammallik0 |
| 441 | eBay | rebornhaven | rebornhaven |
| 442 | eBay | HEWA SUNDARA | ruvrajak_0 |
| 443 | eBay | Senegal sell 194 | samyna-0 |
| 444 | eBay | RANDULASTORE | savin_36 |
| 445 | eBay | Sagittarius Chic | shadeld-0 |
| 446 | eBay | Rerawv | souroujha-0 |
| 447 | eBay | SUJITHA INDRASILI | sujitha-0 |
| 448 | eBay | Sumudu Kalugalwitharana | sumkalugalw_0 |
| 449 | eBay | terex_store_official | terex_store |
| 450 | eBay | the_ian_museum | the_ian_museum |
| 451 | eBay | The-Video-Bin | the-video-bin |
| 452 | eBay | TruffleShuffle | truffleshuffletshirts |
| 453 | eBay | HANICO | varu-pere |
| 454 | eBay | qooo | xianyouaitaimao-0 |
| 455 | eBay | xianyouxianlonghuazhencai0 | xianyouxianlonghuazhencai0 |
| 456 | eBay | TOPFASHION988 | zlaal0 |
| 457 | Etsy | amigurumitadinda | amigurumitadinda |
| 458 | Etsy | BabyAmigurumiArt | BabyAmigurumiArt |
| 459 | Etsy | BlueMoonJewelr | BlueMoonJewelr |
| 460 | Etsy | BlueSez | BlueSez |
| 461 | Etsy | CiansCupcakeTopperUK | CiansCupcakeTopperUK |
| 462 | Etsy | CLXPaintingArt | CLXPaintingArt |
| 463 | Etsy | CYLinge | CYLinge |
| 464 | Etsy | DavetheEagleCards | DavetheEagleCards |
| 465 | Etsy | denaboral | denaboral |
| 466 | Etsy | DZQI | DZQI |
| 467 | Etsy | fartinahatshop | fartinahatshop |
| 468 | Etsy | FormaBella | FormaBella |
| 469 | Etsy | Glandomatic | Glandomatic |
| 470 | Etsy | HechoaManoByGemma | HechoaManoByGemma |
| 471 | Etsy | JannieByWilkes | JannieByWilkes |

| 472 | Etsy | Kahaset | Kahaset |
| 473 | Etsy | LancasterCraftsUKGB | LancasterCraftsUKGB |
| 474 | Etsy | LavieArtCrafts | LavieArtCrafts |
| 475 | Etsy | LoveInBox | LoveInBox |
| 476 | Etsy | LunarisWallArt | LunarisWallArt |
| 477 | Etsy | MycrochettoysCrafts | MycrochettoysCrafts |
| 478 | Etsy | MystikMaze | MystikMaze |
| 479 | Etsy | Patrickshing | Patrickshing |
| 480 | Etsy | PetClothesCreations | PetClothesCreations |
| 481 | Etsy | PlanetaryPicksStudio | PlanetaryPicksStudio |
| 482 | Etsy | PlushiesMom | PlushiesMom |
| 483 | Etsy | PressandCraftUK | PressandCraftUK |
| 484 | Etsy | SkaroCrafts | SkaroCrafts |
| 485 | Etsy | SparkleHideaway | SparkleHideaway |
| 486 | Etsy | SponArt | SponArt |
| 487 | Etsy | StudioAgari | StudioAgari |
| 488 | Etsy | TasKreations | TasKreations |
| 489 | Etsy | TheAzureProject | TheAzureProject |
| 490 | Etsy | WonderGardenByLien | WonderGardenByLien |
| 491 | Etsy | WorldShopperGo | WorldShopperGo |
| 492 | Other | MIXIMERCH | miximerch.net |
| 493 | Other | SK | sukiclothing.com |
| 494 | Shein | Chengdu Shangying | 1008962864 |
| 495 | Shein | Luxe Attire | 1445093839 |
| 496 | Shein | VELOCE ART | 1455733401 |
| 497 | Shein | xunmiaomaoyi | 1878482831 |
| 498 | Shein | Miss Jewelry Store | 2075508016 |
| 499 | Shein | Fathion YI | 2241269758 |
| 500 | Shein | KASHA Stickers | 2376609416 |
| 501 | Shein | Decor Design | 3115711158 |
| 502 | Shein | Moonlit ARTS | 3388479479 |
| 503 | Shein | AINO Classic Customization | 3606951783 |
| 504 | Shein | PARTY TOY Marketplace | 4317857509 |
| 505 | Shein | Z H | 4381405151 |
| 506 | Shein | MMTART | 4565932358 |
| 507 | Shein | GleeGig | 4659576216 |
| 508 | Shein | wuyaosan | 4661819302 |
| 509 | Shein | shuishui- | 4979010349 |
| 510 | Shein | HUSHANG | 5002219822 |
| 511 | Shein | Payeah Dapper | 5512940675 |
| 512 | Shein | keychain house | 6139208576 |
| 513 | Shein | DHROOM | 6658771232 |
| 514 | Shein | Deco Delights | 7331311135 |
| 515 | Shein | Harmonious Decor Blend | 7772707886 |
| 516 | Shein | XiangDe Stickers | 7861838922 |
| 517 | Shein | VSCOJPG | 8195584114 |
| 518 | Shein | Xtrim Multiservice | 8379605567 |
| 519 | Shein | YYOT ART | 8544806494 |
| 520 | Shein | JOTTY | 8683800209 |
| 521 | Shein | ChoAomzn | 8927829001 |
| 522 | Shein | SHCMY | 9188427672 |
| 523 | Shein | Three Warriors | 9197740092 |
| 524 | Shein | HOLIDAY KIDS | 9356277417 |
| 525 | Shein | HFNS Art | 9394161533 |
| 526 | Shopify | Faye Faye Mommy | fayefayemommy.com |
| 527 | Shopify | I,Âôm A Wonder | imawonder.myshopify.com |
| 528 | Shopify | Base Posters Shop | postersbase.com |
| 529 | Temu | DIY GIFT HOME | 634418213446732 |
| 530 | Temu | The home of building blocks | 634418213527810 |

| 531 | Temu | WTYE | 634418213573319 |
|-----|------|------|-----------------|
| 532 | Temu | Free Summer | 634418214156361 |
| 533 | Temu | Top Zero | 634418214231744 |
| 534 | Temu | iFamilyGifts | 634418214249382 |
| 535 | Temu | Grateful Meeting | 634418214767021 |
| 536 | Temu | Lilei HaHa | 634418214813008 |
| 537 | Temu | Printfull | 634418214856059 |
| 538 | Temu | MAGICZEAR | 634418214891290 |
| 539 | Temu | RS ART PAINTING | 634418215150703 |
| 540 | Temu | Farchat | 634418215187854 |
| 541 | Temu | QL ONLINE | 634418215311139 |
| 542 | Temu | NEWHORIZON | 634418215338246 |
| 543 | Temu | LuoWallArt | 634418215969526 |
| 544 | Temu | Lab Wall Art | 634418215971277 |
| 545 | Temu | Small shop across the sea local | 634418216315594 |
| 546 | Temu | HILLSSEE V | 634418216495543 |
| 547 | Temu | Dumbo art poster local | 634418216669509 |
| 548 | Temu | cartoon posters local | 634418217000397 |
| 549 | Temu | M W World | 634418217027862 |
| 550 | Temu | C Joy Shop | 634418217027880 |
| 551 | Temu | Super personalized clothes | 634418217119319 |
| 552 | Temu | dream poster | 634418217347564 |
| 553 | Temu | Famei T | 634418217450210 |
| 554 | Temu | Pddsign | 634418217516849 |
| 555 | Temu | LoveTPH diy DLB | 634418217584684 |
| 556 | Temu | VVCustom | 634418217765258 |
| 557 | Temu | SewCouture | 634418217878366 |
| 558 | Temu | Floral Wall Decor | 634418217882531 |
| 559 | Temu | DreamVibe | 634418217902724 |
| 560 | Temu | CUMUG | 634418217907186 |
| 561 | Temu | WWeihan poster | 634418217954049 |
| 562 | Temu | LJposter | 634418217956694 |
| 563 | Temu | Continentbuy local | 634418218092061 |
| 564 | Temu | RSONE WALL ART | 634418218096344 |
| 565 | Temu | buildingboat | 634418218098473 |
| 566 | Temu | Estarpro | 634418218121716 |
| 567 | Temu | great poster | 634418218139515 |
| 568 | Temu | Home of Posters | 634418218141529 |
| 569 | Temu | Fairy X | 634418218141883 |
| 570 | Temu | Beautiful poster house | 634418218182099 |
| 571 | Temu | Lucky Canvas Art | 634418218209270 |
| 572 | Temu | WangJ Wall Art | 634418218213754 |
| 573 | Temu | AnHag | 634418218264306 |
| 574 | Temu | Everyones clothing | 634418218386327 |
| 575 | Temu | Mania Time Haven | 634418218399846 |
| 576 | Temu | Personalized decorative painting | 634418218437886 |
| 577 | Temu | JWZ Art wall decoration | 634418218574118 |
| 578 | Temu | Meet Art poster | 634418218616392 |
| 579 | Temu | NB poster | 634418218649153 |
| 580 | Temu | EJISDECQ | 634418218670459 |
| 581 | Temu | RIJSECN | 634418218670952 |
| 582 | Temu | Dstar pro | 634418218719101 |
| 583 | Temu | TRUTH ART SHOP | 634418218750075 |
| 584 | Temu | CANVAS PAINTING DISCOUNT | 634418218772295 |
| 585 | Temu | Long jie Art poster | 634418218806982 |
| 586 | Temu | wangfengweiB | 634418218822720 |
| 587 | Temu | wangfengweiC | 634418218822824 |
| 588 | Temu | zooouu | 634418218837848 |
| 589 | Temu | qndasw | 634418218861963 |

| 590 | Temu | DIYTREE Homie | 634418218889596 |
| 591 | Temu | cool play shop one | 634418218904214 |
| 592 | Temu | temuh | 634418218912629 |
| 593 | Temu | Mall ZM | 634418218926545 |
| 594 | Temu | Tian mall | 634418218927276 |
| 595 | Temu | Snail Drawing Poster | 634418218934275 |
| 596 | Temu | ETUPGHAN | 634418218934492 |
| 597 | Temu | Cozy Home SS | 634418218940037 |
| 598 | Temu | MeetArt Poster | 634418218971435 |
| 599 | Temu | TailorJoy | 634418219010209 |
| 600 | Temu | WALL DESIGN E | 634418219021579 |
| 601 | Temu | Very beautiful poster | 634418219037002 |
| 602 | Temu | DKKKSHOP | 634418219040543 |
| 603 | Temu | Focus on posters | 634418219088408 |
| 604 | Temu | Unique posters | 634418219093130 |
| 605 | Temu | CFFFSHOP | 634418219102908 |
| 606 | Temu | Blackberry Canvas Painting Shop | 634418219124795 |
| 607 | Temu | YJYKBSHOP | 634418219126817 |
| 608 | Temu | HRposter | 634418219164582 |
| 609 | Temu | SYMUCHAT | 634418219204854 |
| 610 | Temu | CQHGFLY | 634418219224533 |
| 611 | Temu | HF Wrapped Canvas | 634418219229644 |
| 612 | Temu | MA YINGYING | 634418219309634 |
| 613 | Temu | ThreadArt | 634418219321382 |
| 614 | Temu | S Art Poster | 634418219323877 |
| 615 | Temu | POP UP Studio B III | 634418219373914 |
| 616 | Temu | Ming Art Poster | 634418219410496 |
| 617 | Temu | JOEEDWXH | 634418219412846 |
| 618 | Temu | luuuuuo | 634418219432416 |
| 619 | Temu | Dream Poster Gallery | 634418219467758 |
| 620 | Temu | Urban Tees | 634418219487732 |
| 621 | Temu | LuckAir Wall Art | 634418219489760 |
| 622 | Temu | SYMUCHATb | 634418219520093 |
| 623 | Temu | Black Fast Fashion | 634418219592491 |
| 624 | Temu | HJxin | 634418219615094 |
| 625 | Temu | Cool Poster | 634418219630605 |
| 626 | Temu | Yangguan Poster | 634418219649523 |
| 627 | Temu | Honey Xi Poster | 634418219680583 |
| 628 | Temu | Romantic Poster | 634418219695900 |
| 629 | Temu | PTXLGJL | 634418219699470 |
| 630 | Temu | Early culture | 634418219728855 |
| 631 | Temu | Deepdan Mall | 634418219739316 |
| 632 | Temu | Shirts Hotop | 634418219740482 |
| 633 | Temu | Luxury Gallery | 634418219780622 |
| 634 | Temu | SR ART | 634418219789096 |
| 635 | Temu | AIYICOME | 634418219807513 |
| 636 | Temu | chic poster | 634418219808765 |
| 637 | Temu | skt poster | 634418219808991 |
| 638 | Temu | ARCD Mall | 634418219846513 |
| 639 | Temu | SewnGifts | 634418219864443 |
| 640 | Temu | Black Gallery | 634418219866299 |
| 641 | Temu | GQQ Decorative paintings and posters | 634418219889337 |
| 642 | Temu | Little Prince of Foreign Trade local | 634418219904821 |
| 643 | Temu | We i poster | 634418219907486 |
| 644 | Temu | Huang poster | 634418219907931 |
| 645 | Temu | Aegis Designs | 634418219942675 |
| 646 | Temu | Ethereal Apparel | 634418219945590 |
| 647 | Temu | Lucky yuyang | 634418219950151 |
| 648 | Temu | NDAM shop | 634418219975064 |

| 649 | Temu | SGRDCS | 634418219988703 |
| 650 | Temu | TrendyShells | 634418219994415 |
| 651 | Temu | Qinglong Art Poster s | 634418220025104 |
| 652 | Temu | ZRENX | 634418220040344 |
| 653 | Temu | JoyCatAlll | 634418220043494 |
| 654 | Temu | YP Canvas Painting Shop | 634418220061171 |
| 655 | Temu | Visual Delights | 634418220062059 |
| 656 | Temu | Vivid Arts | 634418220062146 |
| 657 | Temu | mughome | 634418220080942 |
| 658 | Temu | WCSDFGS | 634418220082039 |
| 659 | Temu | WBDHJJD | 634418220082648 |
| 660 | Temu | WGCCDAA | 634418220082866 |
| 661 | Temu | Fashion Dream Kingdom | 634418220083444 |
| 662 | Temu | This beautiful poster | 634418220083753 |
| 663 | Temu | Fashion Styling | 634418220083806 |
| 664 | Temu | FANCK THREE | 634418220096113 |
| 665 | Temu | coiurcvc shirtsssz | 634418220104929 |
| 666 | Temu | wuzhongxinb | 634418220144746 |
| 667 | Temu | wuzhognxind | 634418220145604 |
| 668 | Temu | OnlineStyle | 634418220148215 |
| 669 | Temu | GracefulGiftGallery | 634418220158244 |
| 670 | Temu | FantasticGiftParlor | 634418220159455 |
| 671 | Temu | RadiantGiftStudio | 634418220161388 |
| 672 | Temu | STAYHOTCUPS | 634418220172841 |
| 673 | Temu | TG Vivantia Tees | 634418220174636 |
| 674 | Temu | TG KeadwiPOD Tees | 634418220174822 |
| 675 | Temu | Gift of Delight Shop | 634418220177484 |
| 676 | Temu | Token of Affection Shop | 634418220177562 |
| 677 | Temu | fasigfaiouh | 634418220183299 |
| 678 | Temu | DURHJ,,ÄÄshop | 634418220189585 |
| 679 | Temu | SHILOHYX | 634418220201462 |
| 680 | Temu | WEHFUSFJJ | 634418220201929 |
| 681 | Temu | WSHDUATT | 634418220202877 |
| 682 | Temu | XT Rcreek Decorative Art | 634418220207967 |
| 683 | Temu | DOPIWJXA | 634418220208639 |
| 684 | Temu | ALMINJFJ | 634418220210735 |
| 685 | Temu | CJNUMNB | 634418220211310 |
| 686 | Temu | CHICHAVENA | 634418220227444 |
| 687 | Temu | Brilliant days | 634418220236227 |
| 688 | Temu | Sunny Day Life | 634418220237214 |
| 689 | Temu | Love selling something | 634418220238504 |
| 690 | Temu | Vintage decorative painting | 634418220240093 |
| 691 | Temu | Time tries truth | 634418220248948 |
| 692 | Temu | CUILINGO SHOP | 634418220251450 |
| 693 | Temu | HYXIYKDD | 634418220267076 |
| 694 | Temu | GloShopping | 634418220287520 |
| 695 | Temu | Huangyingqi | 634418220289795 |
| 696 | Temu | JoyCatH | 634418220303286 |
| 697 | Temu | Heartbeat Canvas Shop | 634418220305784 |
| 698 | Temu | LinGUI local | 634418220337371 |
| 699 | Temu | jiejieposter | 634418220356502 |
| 700 | Temu | DDDEER HOMEGO | 634418220365880 |
| 701 | Temu | NX Home Decor | 634418220367877 |
| 702 | Temu | Wan rain home textile | 634418220398933 |
| 703 | Temu | Bimuna Clothing | 634418220399582 |
| 704 | Temu | Zhendejiade | 634418220401100 |
| 705 | Temu | Runberry | 634418220404565 |
| 706 | Temu | Yun Ming two | 634418220459844 |
| 707 | Temu | voguish poster | 634418220475037 |

| 708 | Temu | This wonderful poster | 634418220484671 |
|---|---|---|---|
| 709 | Temu | six six six poster | 634418220487040 |
| 710 | Temu | First choice poster | 634418220487462 |
| 711 | Temu | Boutique poster | 634418220488284 |
| 712 | Temu | one Tu | 634418220502897 |
| 713 | Temu | XQY Canvas Painting Shop | 634418220517085 |
| 714 | Temu | LA Canvas Painting Shop | 634418220517320 |
| 715 | Temu | LZ Canvas Painting Shop | 634418220517547 |
| 716 | Temu | CXHNOG | 634418220518938 |
| 717 | Temu | You Are Best Poster | 634418220527039 |
| 718 | Temu | Art Art Poster | 634418220559110 |
| 719 | Temu | Cozy Canvas online | 634418220618204 |
| 720 | Temu | HByinhu | 634418220632159 |
| 721 | Temu | Heartbeat Wall Art | 634418220665800 |
| 722 | Temu | HL Canvas Painting Shop | 634418220692850 |
| 723 | Temu | TMMMBB | 634418220706079 |
| 724 | Temu | UFCC | 634418220708645 |
| 725 | Temu | Ironclad Emblems | 634418220715314 |
| 726 | Temu | Roky Anime Wall Art Poster | 634418220749889 |
| 727 | Temu | CBACBA | 634418220766575 |
| 728 | Temu | NoDiDi | 634418220767604 |
| 729 | Temu | ASDDSASA | 634418220768452 |
| 730 | Temu | JNTXY | 634418220768968 |
| 731 | Temu | NAZHAYA | 634418220769159 |
| 732 | Temu | HomeWonders | 634418220819576 |
| 733 | Temu | BCGLM | 634418220822210 |
| 734 | Temu | ZJM poster | 634418220835538 |
| 735 | Temu | guocz | 634418220900657 |
| 736 | Temu | Heartbeat Poster | 634418220970181 |
| 737 | Temu | Canvas Circuit | 634418221002640 |
| 738 | Temu | RusticGleam Mall | 634418221024236 |
| 739 | Temu | WJJ Canvas Painting Shop | 634418221046719 |
| 740 | Temu | lnkBlink | 634418221051638 |
| 741 | Temu | Wa Grapefruit Art | 634418221070166 |
| 742 | Temu | Wb Grapefruit Art | 634418221071837 |
| 743 | Temu | Voguish Vault | 634418221074928 |
| 744 | Temu | AllTMIN | 634418221098639 |
| 745 | Temu | Florawardrobe | 634418221127712 |
| 746 | Temu | Originality Personalized Customization | 634418221176495 |
| 747 | Temu | chanyuyu | 634418221179705 |
| 748 | Temu | Le Frameless painting | 634418221186663 |
| 749 | Temu | Cuanshukai | 634418221190936 |
| 750 | Temu | Bujuanshuan | 634418221191666 |
| 751 | Temu | White Cloud Art Poster | 634418221215451 |
| 752 | Temu | Ruirui Art Poster | 634418221216265 |
| 753 | Temu | IFloating dream | 634418221244323 |
| 754 | Temu | Bee icear | 634418221278932 |
| 755 | Temu | LANTIYUEEE | 634418221284706 |
| 756 | Temu | NCRBBA | 634418221306513 |
| 757 | Temu | TAOYOUTANG | 634418221364212 |
| 758 | Temu | Xingkangsa | 634418221368514 |
| 759 | Temu | Quanyangxia | 634418221370234 |
| 760 | Temu | NCRDDA | 634418221383424 |
| 761 | Temu | Kessen poster | 634418221386262 |
| 762 | Temu | RUERLA | 634418221391657 |
| 763 | Temu | MA MarvelousMall | 634418221419922 |
| 764 | Temu | Glamora Collective | 634418221430615 |
| 765 | Temu | Northset poster | 634418221443797 |
| 766 | Temu | RUULIN Discount local | 634418221465006 |

| 767 | Temu | WX art posters local | 634418221483475 |
|-----|------|---------------------|-----------------|
| 768 | Temu | WINPOSTER | 634418221511744 |
| 769 | Temu | HLKZYA | 634418221537319 |
| 770 | Temu | BEST Tee | 634418221538824 |
| 771 | Temu | CZZ ART POSTER | 634418221560751 |
| 772 | Temu | HLKMMA | 634418221563427 |
| 773 | Temu | VLDAWN | 634418221595144 |
| 774 | Temu | Zhenngkang Poster | 634418221598408 |
| 775 | Temu | GeometricPulse Artworks | 634418221604459 |
| 776 | Temu | H printing | 634418221605675 |
| 777 | Temu | L Printing | 634418221615589 |
| 778 | Temu | GBBG | 634418221616205 |
| 779 | Temu | jfdsfrwe | 634418221627340 |
| 780 | Temu | dhuihuang | 634418221630105 |
| 781 | Temu | SPPPgg | 634418221635109 |
| 782 | Temu | LLIG | 634418221636330 |
| 783 | Temu | SAO NO POSTER | 634418221673642 |
| 784 | Temu | Dream Source Art | 634418221714297 |
| 785 | Temu | FBXMRBKV | 634418221754041 |
| 786 | Temu | Apollure | 634418221754594 |
| 787 | Temu | FVBKCFWA | 634418221755529 |
| 788 | Temu | The Color Code | 634418221792922 |
| 789 | Temu | ArtNest Decor | 634418221812750 |
| 790 | Temu | sinklike | 634418221813769 |
| 791 | Temu | yoyo art shop | 634418221816736 |
| 792 | Temu | GG Fairylandi | 634418221817461 |
| 793 | Temu | jojojo art | 634418221817589 |
| 794 | Temu | ZLPYDEE | 634418221837481 |
| 795 | Temu | Tina Family Shop | 634418221859324 |
| 796 | Temu | Zoey Case | 634418221861418 |
| 797 | Temu | xuan Poster | 634418221866904 |
| 798 | Temu | GPSZQ | 634418221867193 |
| 799 | Temu | ZLPCXLL | 634418221869072 |
| 800 | Temu | ZLPPSNN | 634418221872247 |
| 801 | Temu | Melody Canvas | 634418221881320 |
| 802 | Temu | FFMSWBVI | 634418221892286 |
| 803 | Temu | Eternally Kite | 634418221897611 |
| 804 | Temu | FLINSMEW | 634418221937895 |
| 805 | Temu | A Opulent Outfits shop | 634418221940384 |
| 806 | Temu | CCXDY | 634418221943506 |
| 807 | Temu | LIGNTAIA | 634418221973917 |
| 808 | Temu | MA LEtherealCloset | 634418221977937 |
| 809 | Temu | itbyszlock | 634418221980194 |
| 810 | Temu | Three little kittensAAA | 634418221988011 |
| 811 | Temu | RigidBem | 634418222024867 |
| 812 | Temu | DIY RR | 634418222038154 |
| 813 | Temu | Best DIY CH | 634418222070294 |
| 814 | Temu | Annndy | 634418222106472 |
| 815 | Temu | MEIYU Art Deco | 634418222122625 |
| 816 | Temu | Shanepeng | 634418222122979 |
| 817 | Temu | HHOALKJL | 634418222159988 |
| 818 | Temu | Kangsulan | 634418222186605 |
| 819 | Temu | StyleSpindle | 634418222186670 |
| 820 | Temu | Stencilly | 634418222187969 |
| 821 | Temu | Stashly | 634418222189037 |
| 822 | Temu | ZZmg | 634418222193972 |
| 823 | Temu | SLO FAS FDD | 634418222234301 |
| 824 | Temu | CYNDD | 634418222276726 |
| 825 | Temu | Seek Safe | 634418222290296 |

| 826 | Temu | LIU Canvas Poster | 634418222296543 |
|-----|------|-------------------|-----------------|
| 827 | Temu | AlpineSelect | 634418222299331 |
| 828 | Temu | CYNXX | 634418222344862 |
| 829 | Temu | Xiaolicloth | 634418222349030 |
| 830 | Temu | ModiFabric | 634418222367035 |
| 831 | Temu | Heiheihei shop | 634418222370345 |
| 832 | Temu | see me shop | 634418222371940 |
| 833 | Temu | EnchantedPrints M | 634418222377923 |
| 834 | Temu | QVDSDA | 634418222378044 |
| 835 | Temu | CottonTail Corner | 634418222378282 |
| 836 | Temu | Blush Mood | 634418222408686 |
| 837 | Temu | TECHCLOUD | 634418222449222 |
| 838 | Temu | RUTEVOX | 634418222456097 |
| 839 | Temu | TC BreallPodTees | 634418222462977 |
| 840 | Temu | miagoods | 634418222492290 |
| 841 | Temu | Glo Value Corner | 634418222492348 |
| 842 | Temu | SENLL | 634418222506839 |
| 843 | Temu | RSDZQA | 634418222540726 |
| 844 | Temu | FVAZQB | 634418222541205 |
| 845 | Temu | RDSZQC | 634418222541726 |
| 846 | Temu | GPSZQC | 634418222541770 |
| 847 | Temu | GPSZQD | 634418222541918 |
| 848 | Temu | zhuxpD | 634418222543330 |
| 849 | Temu | luskB | 634418222556034 |
| 850 | Temu | luskE | 634418222556276 |
| 851 | Temu | KJXABCMM | 634418222556617 |
| 852 | Temu | KJXABCRR | 634418222559471 |
| 853 | Temu | SpeedySave | 634418222573132 |
| 854 | Temu | Swot Supply | 634418222575758 |
| 855 | Temu | TwoTuuu Painting | 634418222609303 |
| 856 | Temu | Wenai Department Shop | 634418222624529 |
| 857 | Temu | FOMO Ink | 634418222678072 |
| 858 | Temu | M the A | 634418222746779 |
| 859 | Temu | HQNG | 634418222776700 |
| 860 | Temu | Unframed Stories | 634418222844155 |
| 861 | Temu | HE YI MUG | 634418222881133 |
| 862 | Temu | ASerendipity Art | 634418222890063 |
| 863 | Temu | DIYTree Witty | 634418222961305 |
| 864 | Temu | Professional Floor Mat | 634418222980353 |
| 865 | Temu | KDELYT | 634418223000524 |
| 866 | Temu | IDIHGU | 634418223005255 |
| 867 | Temu | YSLG POSTER | 634418223006804 |
| 868 | Temu | AO TEMAN | 634418223014082 |
| 869 | Temu | SQFTHREE | 634418223038024 |
| 870 | Temu | YIDANLIDisplay | 634418223039204 |
| 871 | Temu | ZGUICHUN | 634418223048688 |
| 872 | Temu | seek safe one | 634418223057997 |
| 873 | Temu | xiao yoyo draw | 634418223064740 |
| 874 | Temu | lemon cake | 634418223068270 |
| 875 | Temu | WenP Clothing Shop local | 634418223177708 |
| 876 | Temu | Hanging S | 634418223246742 |
| 877 | Temu | JIEYUEYITWO | 634418223280031 |
| 878 | Temu | JD RR | 634418223308329 |
| 879 | Temu | XZXartC CC | 634418223318361 |
| 880 | Temu | Xiioy | 634418223322883 |
| 881 | Temu | Ruub | 634418223324932 |
| 882 | Temu | Delicate cup | 634418223325449 |
| 883 | Temu | Yunrb | 634418223331169 |
| 884 | Temu | Orca H | 634418223385957 |

| 885 | Temu | AFuhua Art | 634418223468074 |
|---|---|---|---|
| 886 | Temu | CXDCC | 634418223475393 |
| 887 | Temu | CXDYY | 634418223475769 |
| 888 | Temu | The Kent Painting Shop local | 634418223494165 |
| 889 | Temu | Haoneng phone case | 634418223509669 |
| 890 | Temu | luk Art | 634418223514023 |
| 891 | Temu | GnomeGown | 634418223549284 |
| 892 | Temu | TeddyDog | 634418223552023 |
| 893 | Temu | TJ EnvifinPod Tees | 634418223572085 |
| 894 | Temu | Sunny Side Home Furnishings | 634418223573196 |
| 895 | Temu | WXX POSTER | 634418223589064 |
| 896 | Temu | MA KMEGA MART | 634418223645929 |
| 897 | Temu | Ssinlos | 634418223681512 |
| 898 | Temu | Ytwo tumbler | 634418223687284 |
| 899 | Temu | NQ HelloTee | 634418223687741 |
| 900 | Temu | TK AeanstPOD | 634418223806639 |
| 901 | Temu | WHWXRSTHREE | 634418223831352 |
| 902 | Temu | K271470'shop | 635517732640761 |
| 903 | Temu | The Vintage Porch | 635517732951449 |
| 904 | Temu | Thread & Timber | 635517733593910 |
| 905 | Temu | VelvetCanvas | 741070850715319 |
| 906 | Walmart | SD Retailers, Inc. | 101190472 |
| 907 | Walmart | BINFA-Wall Art | 101227241 |
| 908 | Walmart | micaeladietrich | 101382074 |
| 909 | Walmart | Frank's Card | 101448135 |
| 910 | Walmart | Select Home Decor & More | 101504278 |
| 911 | Walmart | AITHER LIGHT | 101548869 |
| 912 | Walmart | AYONGZHENG | 101603748 |
| 913 | Walmart | TaiYuanMoHuaiKeJiYouXianGongSi | 101610683 |
| 914 | Walmart | mayifei | 101617227 |
| 915 | Walmart | COSFO | 101618447 |
| 916 | Walmart | PDE | 101622694 |
| 917 | Walmart | TNM-LLC | 101626021 |
| 918 | Walmart | Easy Paint | 101637804 |
| 919 | Walmart | mazonghua | 101639902 |
| 920 | Walmart | jinanzhiyujiankangkejiyouxiangongsi | 101642428 |
| 921 | Walmart | junovoo | 101673752 |
| 922 | Walmart | cunyuan company | 101674230 |
| 923 | Walmart | WenJingMaoYi | 101682196 |
| 924 | Walmart | AdongPNCE | 101684743 |
| 925 | Walmart | Kenvfego | 102495102 |
| 926 | Walmart | Hongcong Men's wear store | 102500147 |
| 927 | Walmart | GLLQ.LLC | 102506680 |
| 928 | Walmart | ShaSha home | 102508632 |
| 929 | Walmart | Dog followers | 102508824 |
| 930 | Walmart | JianFang toys store | 102510351 |
| 931 | Walmart | Yijiechen Trading | 102514579 |
| 932 | Walmart | Yongyan | 102515174 |
| 933 | Walmart | ChenYan Trading Co., Ltd. | 102551714 |
| 934 | Walmart | Mengni Special Alloy Co., LTD | 102582300 |
| 935 | Walmart | MyStyle Clothing | 102589371 |
| 936 | Walmart | qiguangchuan | 102613461 |
| 937 | Walmart | YunTeng Co.,Ltd | 102621622 |
| 938 | Walmart | MoodThreads | 102682286 |
| 939 | Walmart | ThamdesignLTD | 102720734 |
| 940 | Walmart | Qianbian Store | 102748875 |
| 941 | Walmart | qqwweeart | 102758144 |
| 942 | Walmart | Maiyou Trading | 102758626 |
| 943 | Walmart | lusong | 102762023 |

| 944 | Walmart | DlinG store | 102770503 |
| 945 | Walmart | gvfdswfdsd | 102772435 |
| 946 | Walmart | JIANJUNSHOP | 102776730 |
| 947 | Walmart | Seven Domains Co., Ltd | 102778544 |
| 948 | Walmart | BLUEBIRD | 102786114 |
| 949 | Walmart | Phinicos Trading Co., Ltd. | 102786796 |
| 950 | Walmart | Autumn Bean store | 102795706 |
| 951 | Walmart | xiaoboshangmaogongsi | 102797316 |
| 952 | Walmart | xiangyangshijiuzhanyou | 102813521 |
| 953 | Walmart | jianghui | 102814255 |
| 954 | Walmart | JiQian Wang | 102834143 |
| 955 | Walmart | Deen | 102841618 |
| 956 | Walmart | MAO LE BING | 102845077 |
| 957 | Wish | ninidengshi | 5b3f0b23359e531511e95e0f |
| 958 | Wish | YUAN-NENG | 5d5147223db43e20418025f2 |
| 959 | Wish | Greed Saise Shurd rosebeling | 5e48b673b9fc2e1fc04db663 |
| 960 | Wish | L5L5L56 | 5e927180646cd4204d988b8a |
| 961 | Wish | Vodueren Bags | 5f0c087a7ce0e9dc08b34706 |