**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Laika, LLC ) | |
| ) | Case No. 25-cv-10829 |
| v. ) | |
| ) | Judge: Hon. |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**PLAINTIFF AFFILIATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, undersigned counsel for Laika, LLC, an Oregon Limited Liability Company and a private, non-governmental corporate party to this action ("Plaintiff"), hereby submits the following Disclosure Statement and certifies the following individuals or entities own five percent (5%) or more of its stock:

    Laika Holdings, LLC
    Travis Knight

Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
*Attorney for Plaintiff*

David Gulbransen
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com