IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Laika, LLC | ) |
| | ) Case No. 25-cv-10829 |
| v. | ) |
| | ) Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and | ) |
| UNINCORPORATED ASSOCIATIONS | ) Magistrate: Hon. Maria Valdez |
| IDENTIFIED ON SCHEDULE A | ) |
| | ) |

**PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A (1) TEMPORARY RESTRAINING ORDER, (2) ASSET RESTRAINING ORDER, (3) EXPEDITED DISCOVERY ORDER, AND (4) SERVICE OF PROCESS BY EMAIL**

Plaintiff seeks entry of an *ex parte* (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (4) Service of Process by Email Order on an action arising out of 15 U.S.C. § 1114, Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: September 15, 2025.                Respectfully submitted,

                                By:   s/David Gulbransen/
                                    David Gulbransen
                                    Attorney of Record

                                    David Gulbransen (#6296646)
                                    Law Office of David Gulbransen
                                    805 Lake Street, Suite 172
                                    Oak Park, IL 60302
                                    (312) 361-0825 p.
                                    (312) 873-4377 f.
                                    david@gulbransenlaw.com