**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Laika, LLC | ) | |
| | ) | Case No. 25-cv-10829 |
| v. | ) | |
| | ) | Judge:  Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Maria Valdez |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Plaintiff, by and through its undersigned counsel, respectfully request that they be given leave to file their brief in support of Plaintiff's *Ex Parte* Motion For Entry of a (1) Temporary Restraining Order, (2) Asset Restraining Order, (3) Expedited Discovery Order, and (3) Service of Process by Email Order (collectively, the "Ex Parte Application for TRO") in excess of 15 pages.

Plaintiff's *Ex Parte* Motion for a TRO includes four (4) separate Motions regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each separate Motion that should be considered. Plaintiff's brief is 35 pages, which is substantially less than the 75 page limit allowed if all four motions were filed separately. Plaintiff, therefore, respectfully requests that they be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

Dated: September 15, 2025                                Respectfully submitted,


By:   s/David Gulbransen/
                                                                David Gulbransen

2

Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com