# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Laika, LLC

                        Plaintiff,

v.

                        Case No.: 1:25−cv−10829

                        Honorable Elaine E. Bucklo

Partnerships and Unincorporated Associations Identified on Schedule A

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 14, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiffs' Ex Parte motion for leave to temporarily seal documents is granted and temporarily proceed pseudonymously is denied. Plaintiffs' Ex Parte motion for entry of a (1) temporary restraining order, (2) asset restraining order, (3) expedited discovery order, and (4) service of process by email [11]; Plaintiff's motion to exceed page limitation [14]; Plaintiff's ex parte motion for leave to temporarily seal documents [15] are granted. Enter Sealed Ex Parte Temporary Restraining Order with Asset Freeze and other Equitable Relief. Because the temporary restraining order will expire on 11/28/2025 any motion for preliminary injunction or to extend the temporary restraining order must be filed by no later than 11/21/2025. Law Office Of David Gulbransen is ordered to add all defendant names listed in the Schedule A to the docket within three business days of the expiration of the TRO. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df The case is set for a status hearing on 12/30/2025 at 9:45 a.m. (to track the case only, no appearance is required). By 12/23/2025 plaintiff is to file a status report regarding the status of service of process, settlement discussions, and any further information that plaintiff wishes to bring to the Court's attention. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.