IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Laika, LLC | ) | |
| | ) | Case No. 25-cv-10829 |
| v. | ) | |
| | ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Maria Valdez |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**PLAINTIFF'S *EX PARTE* MOTION FOR
EXTENSION OF *EX PARTE* TEMPORARY RESTRAINING ORDER**

Plaintiff seeks entry of an extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF granted on November 14, 2025 [Docket #18].

Plaintiff and Plaintiff's counsel have been working diligently with the various Internet platforms to identify and obtain contact information for the Doe Defendants, and all to date have received approximately 15% of the requested contact information.

Plaintiff accordingly asks the court for a 14-day extension of the SEALED EX PARTE TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF, until December 12, 2025, at which time the Plaintiff shall present a motion for a Preliminary Injunction for those Doe Defendants.

Dated: November 23, 2025                Respectfully submitted,


                                        By:      s/David Gulbransen/

David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com