**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Laika, LLC ) | |
| ) | Case No. 25-cv-10829 |
| v. ) | |
| ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Maria Valdez |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on November 25, 2025 at 9:45AM or as soon thereafter as may be heard, Plaintiff shall present the **PLAINTIFF'S EX PARTE MOTION FOR EXTENSION OF A TEMPORARY RESTRAINING ORDER**.

Dated this 23rd of November, 2025.	Respectfully submitted,


By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com