IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIFE VAC LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:25-cv-13921 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff LIFE VAC LLC ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A to the Declaration of Christopher Tom filed concurrently herewith and attached hereto (collectively, "PI Defendants") and using at least the domain names identified in Schedule A (the "PI Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds Plaintiff has provided notice to PI Defendants in accordance with the Temporary Restraining Order entered November 20, 2025, Dkt. No. 24, ("TRO"), which was extended on December 18, 2025 (Dkt. 30), and Federal Rule of Civil Procedure 65(a)(1). This

---

[1] The e-commerce stores urls are listed on Schedule A hereto under "Defendant Online Marketplace(s)."

1

Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over PI Defendants because PI Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that PI Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered copyrights, which are covered by U.S. Copyright Office Registration Nos. VA 2-332-974, VAu 1-489-169, VAu 1-489-170, VA 2-335-339, VA 2-335-352, and VAu 1-495-820, registrations for promotional images of the Plaintiff's Life Vac products (the "LIFEVAC Copyrights") and of Plaintiff's federally registered Life Vac trademark, which is covered by U.S. Trademark Registration No. 6,735,265 (the "LIFEVAC Trademark") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each PI Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the LIFEVAC Copyrights and infringing the LIFEVAC Trademark. *See* Dkts. 16–20, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff's LIFEVAC Copyrights and infringing the LIFEVAC Trademark.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes

that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of copyright infringement because (1) Plaintiff owns all exclusive rights in the LIFEVAC Copyrights, and (2) Plaintiff has shown PI Defendants have deceived unknowing consumers by using the LIFEVAC Copyrights without authorization. Plaintiff has also proved a *prima facie* case of trademark infringement because (1) Plaintiff owns all exclusive rights in the LIFEVAC Trademark, and (2) Plaintiff has shown PI Defendants have deceived unknowing consumers by using the LIFEVAC Trademark without authorization. Furthermore, PI Defendants' continued and unauthorized use of the Plaintiff's LIFEVAC Copyrights and LIVEFAC Trademark irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by PI Defendants' actions. Accordingly, this Court orders that:

1. PI Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the LIFEVAC Copyrights or the LIFEVAC Trademark or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Life Vac product or not authorized by Plaintiff to be sold in connection with the LIFEVAC Copyrights or the LIFEVAC Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Life Vac product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale in connection with the LIFEVAC Copyrights or the LIFEVAC Trademark;

c. committing any acts calculated to cause consumers to believe that PI Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the LIFEVAC Copyrights or the LIFEVAC Trademark and damaging Plaintiff's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which infringe on Plaintiff's copyrights and trademarks, including the LIFEVAC Copyrights or the LIFEVAC Trademark, or any reproductions, counterfeit copies, or colorable imitations.

2. PI Defendants shall not transfer or dispose of any money or other of PI Defendants' assets in any of PI Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Enom, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to Alibaba Cloud, Cloudflare, Hostinger, Key-systems GmbH, Name.com, MarkMonitor Inc., NameCheap, NameSilo LLC, PDR LTD. d/b/a/ PublicDomainRegistry.com,

        Registrar.eu, Shopify, Spaceship, Inc., Tucows Inc., Web Commerce Communications Ltd., Wild West Domains Inc., and WebNic Inc., (collectively, the "Domain Name Registrars"), within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4.    Upon Plaintiff's request, PI Defendants and any third party with actual notice of this Order who is providing services for any of PI Defendants, or in connection with any of PI Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., 1. Beijing Zhuoyue Shengming Technologies Company Ltd., ChengDu West, Cloudflare, Cloud Yuqu LLC, DHgate.com, eBay.com ("eBay"), NameCheap, PublicDomainRegistry.com, Registrar.eu, Shopify, Spaceship, Inc. Tucows, Walmart.com, and WebNic (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a.  the identities and locations of PI Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of PI Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and PI Defendants' financial

        accounts, including PI Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by PI Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, DHgate.com ("DHgate"), eBay.com ("eBay"), Payoneer, Inc. ("Payoneer"), PingPong Global Solutions, Inc. ("PingPong"), Coinbase Global, Inc. ("Coinbase"), LianLian Global t/as LL Pay U.S., LLC ("LianLian"), AllPay Limited ("AllPay"), Union Mobile Financial Technology Co., Ltd ("Union Mobile"), World First UK Ltd. ("World First"), Paxful, Inc. ("Paxful"), Shopify, Inc. ("Shopify"), Stripe, Inc. ("Stripe"), OFX Group ("OFX"), Sellers Funding Corp ("SellersFund"), or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA) (collectively, "Financial Institutions").

5. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with PI Defendants in connection with the sale of counterfeit and infringing goods using the LIFEVAC Copyrights or the LIFEVAC Trademark.

6. Any Third-Party Providers, including without limitation any Financial Institution, shall,

within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to PI Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, or other PI Defendants' information provided by Plaintiff including but not limited to PI Defendant Domain Names, account IDs, legal name, addresses and email addresses, and any e-mail addresses provided for PI Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of PI Defendants' assets until further order by this Court; and

    c. provide written confirmation of their compliance with the foregoing to Plaintiff's counsel.

7. Plaintiff may provide notice of the proceedings in this case to PI Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff's Schedule A to the Complaint [Dkt. 4], Exhibit 3 to the Declaration of Michael

   DiBello [Dkts. 16–20], and the TRO [Dkt. 24] are unsealed.

9.  Any PI Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10.  The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

              SO ORDERED:

              _____
              Hon. Elaine E. Bucklo
              United States District Judge

Dated: 12/23/2025

**SCHEDULE A**

| DOE No. | Defendant Seller Name | Defendant Marketplace |
|---|---|---|
| 1 | Henan Yuenai Trading Co., Ltd. | https://hnyuenai.en.alibaba.com/contactinfo.html |
| 2 | Medbond Healthcare Co., Ltd. | https://tjbangbgj.en.alibaba.com/contactinfo.html |
| 3 | Qingdao Giantfortune Industry Co., Ltd. | https://qdgiantfortune.en.alibaba.com/index.html?spm=a2700.details.0.0.349046d1jCFVLI&from=detail&productId=1601261074447 |
| 4 | Shenzhen Fengtong Technology Co., Ltd. | https://fengtong.en.alibaba.com/contactinfo.html |
| 5 | Shenzhen Huayu Electronics Technology Co., Ltd. | https://hydz18.en.alibaba.com/contactinfo.html |
| 6 | Shenzhen Qianqu Industrial Co., Ltd. | https://szqianqu.en.alibaba.com/contactinfo.html |
| 7 | Yiwu Junka E-Commerce Firm | https://cnjunka.en.alibaba.com/contactinfo.html |
| 8 | All Categories Wholesale Store Store | https://www.aliexpress.com/store/1103515756 |
| 9 | All Product Type Store Store | https://www.aliexpress.com/store/1104069680 |
| 10 | BodyWell Store | https://www.aliexpress.com/store/1103312978 |
| 11 | BWKOR Outdoor Store | https://www.aliexpress.com/store/1103685228 |
| 12 | CNC Choice Store | https://www.aliexpress.com/store/1103736654 |
| 13 | CNC D-CHOICE Store | https://www.aliexpress.com/store/1103613506 |
| 14 | Corgi Digital Accessories Store | https://www.aliexpress.com/store/1103489138 |
| 15 | Cycling Official Storage Store | https://www.aliexpress.com/store/1104064867 |
| 16 | CZE Integrated Circuit Store | https://www.aliexpress.com/store/1103518061 |
| 17 | Daily Handcraft Store | https://www.aliexpress.com/store/1103929198 |
| 18 | Digital High-Tech Store | https://www.aliexpress.com/store/1103480368 |
| 19 | DIY Dream World Store | https://www.aliexpress.com/store/1103888568 |
| 20 | Healthy Fitness Sports Goods Store | https://www.aliexpress.com/store/1103858836 |
| 21 | High Tech Digital Electronics Franchise Store | https://www.aliexpress.com/store/1103684164 |
| 22 | House Foocus Store | https://www.aliexpress.com/store/1103308956 |
| 23 | House Suncatcher Store | https://www.aliexpress.com/store/1103313974 |

| | | |
|---|---|---|
| 24 | IVY Healthy And Happiness Store | https://www.aliexpress.com/store/1104239088 |
| 25 | Laser Therapy Device Factory Store | https://www.aliexpress.com/store/1102633682 |
| 26 | MaiFirst Store | https://www.aliexpress.com/store/1103770259 |
| 27 | Overcoming Obstacles Sporting Store | https://www.aliexpress.com/store/1103473339 |
| 28 | Pro Protect Mask Store | https://www.aliexpress.com/store/1103683246 |
| 29 | Shop1102858007 Store | https://www.aliexpress.com/store/1102855037 |
| 30 | Shop1104036645 Store | https://www.aliexpress.com/store/1104031632 |
| 31 | Shop1104053024 Store | https://www.aliexpress.com/store/1104048071 |
| 32 | Shop1104549782 Store | https://www.aliexpress.com/store/1104549782 |
| 33 | Shop1104555748 Store | https://www.aliexpress.com/store/1104553850 |
| 34 | VST-Choice Store | https://www.aliexpress.com/store/1103276196 |
| 35 | ZMONH Lifestyle Store | https://www.aliexpress.com/store/3681076 |
| 36 | BOOXN | https://www.amazon.com/sp?seller=A1TO3T5LGX5YP9 |
| 37 | dongkanghdjks9 | https://www.amazon.com/sp?seller=A2ZOA6UKFXRQIE |
| 38 | HaiFenFeng Dianzi | https://www.amazon.com/sp?seller=A3FKRFSN83EW4C |
| 39 | KunMingXiangDaoZhongShangMaoYouXianGongSi | https://www.amazon.com/sp?seller=A2UN5U10RDEEHU |
| 40 | renpingpingasd | https://www.amazon.com/sp?seller=AKV662NYQO7TX |
| 41 | rijianfuyou | https://www.amazon.com/sp?seller=A20RMNK8XW4MPV |
| 42 | SHAYAN LLCC | https://www.amazon.com/sp?seller=A18QU6RRLT4TG8 |
| 43 | Sichuanshenghongduolaowu | https://www.amazon.com/sp?seller=A2VUQJXCOI35CQ |
| 44 | yeyuqiangdedianpu | https://www.amazon.com/sp?seller=A3GBOW4VM4H6HR |
| 45 | zhijiangshishuitunshangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A1YVS97Y6ZLRRN |
| 46 | ddmymaster | https://www.dhgate.com/store/about-us/21989864.html |
| 47 | homepro17 | https://www.dhgate.com/store/about-us/21989314.html |
| 48 | homepro178 | https://www.dhgate.com/store/about-us/21989315.html |
| 49 | homepro18 | https://www.dhgate.com/store/about-us/21989316.html |
| 50 | love66wholesale | https://www.dhgate.com/store/about-us/21101889.html |
| 51 | svrj | https://www.dhgate.com/store/about-us/21800751.html |
| 52 | abddssa | https://www.ebay.com/usr/abddssa |
| 53 | abdulelala-0 | https://www.ebay.com/usr/abdulelala-0 |
| 54 | abkha9228 | https://www.ebay.com/usr/abkha9228 |
| 55 | abman_2607 | https://www.ebay.com/usr/abman_2607 |
| 56 | AK CORPORATIONS | https://www.ebay.com/str/akcorporations |
| 57 | akakior40 | https://www.ebay.com/usr/akakior40 |
| 58 | alda-3503 | https://www.ebay.com/usr/alda-3503 |
| 59 | aubey20 | https://www.ebay.com/usr/aubey20 |
| 60 | autostore-33 | https://www.ebay.com/usr/autostore-33 |

| | | |
|---|---|---|
| ███ | ███████████ | ██████████████████████████ |
| 62 | besties_mart | https://www.ebay.com/usr/besties_mart |
| 63 | bha_2002 | https://www.ebay.com/usr/bha_2002 |
| 64 | bingo_mall | https://www.ebay.com/usr/bingo_mall |
| 65 | bstrendmartllc | https://www.ebay.com/usr/bstrendmartllc |
| 66 | butt.bu-15 | https://www.ebay.com/usr/butt.bu-15 |
| 67 | cam._.816 | https://www.ebay.com/usr/cam._.816 |
| 68 | chiclairshop | https://www.ebay.com/usr/chiclairshop |
| 69 | chikna.chacha.420 | https://www.ebay.com/usr/chikna.chacha.420 |
| 70 | chriang_7604 | https://www.ebay.com/usr/chriang_7604 |
| 71 | chrioqu-97 | https://www.ebay.com/usr/chrioqu-97 |
| ███ | ███████████ | ██████████████████████████ |
| 73 | crystal-toy-store | https://www.ebay.com/usr/crystal-toy-store |
| 74 | dealhubstore | https://www.ebay.com/usr/dealhubstore |
| 75 | Doqta Medical | https://www.ebay.com/str/doqtamedical |
| 76 | dozeft | https://www.ebay.com/usr/dozeft |
| 77 | dreamfly168 | https://www.ebay.com/usr/dreamfly168 |
| 78 | ecoelit22 | https://www.ebay.com/usr/ecoelit22 |
| 79 | Edan | https://www.ebay.com/str/edan |
| 80 | elite_shopping_hub | https://www.ebay.com/usr/elite_shopping_hub |
| 81 | elitetreasures_41 | https://www.ebay.com/usr/elitetreasures_41 |
| 82 | emergwear | https://www.ebay.com/usr/emergwear |
| 83 | Emporium Packages | https://www.ebay.com/str/emporiumpackages |
| 84 | fannie-edc | https://www.ebay.com/usr/fannie-edc |
| 85 | farhanswl | https://www.ebay.com/usr/farhanswl |
| 86 | fast_store2 | https://www.ebay.com/str/faststore2 |
| 87 | fastlanemart | https://www.ebay.com/usr/fastlanemart |
| 88 | g2g_store | https://www.ebay.com/str/g2gstore |
| 89 | get-more-store | https://www.ebay.com/usr/get-more-store |
| 90 | gillani555 | https://www.ebay.com/usr/gillani555 |
| 91 | Global Goods 99 | https://www.ebay.com/str/globalgoods99 |
| 92 | globalstorage | https://www.ebay.com/usr/globalstorage |
| 93 | guangzhouguit | https://www.ebay.com/usr/guangzhouguit_0 |
| 94 | haithemsafi2004 | https://www.ebay.com/str/haithemsafi2004 |
| 95 | hananab_2 | https://www.ebay.com/usr/hananab_2 |
| 96 | hanifp-0 | https://www.ebay.com/str/hanifp0 |
| 97 | haoqianshangma | https://www.ebay.com/str/haoqianshangma |
| 98 | happy-products11 | https://www.ebay.com/usr/happy-products11 |
| 99 | healthcreativepeople | https://www.ebay.com/usr/healthcreativepeople |
| 100 | heletong25 | https://www.ebay.com/str/heletong25 |
| 101 | hr-traders | https://www.ebay.com/usr/hr-traders |
| 102 | hsqmart | https://www.ebay.com/str/hsqmart |
| 103 | idealshopcentre | https://www.ebay.com/usr/idealshopcentre |
| 104 | imranp_92 | https://www.ebay.com/usr/imranp_92 |

| 105 | ja_129998 | https://www.ebay.com/usr/ja_129998 |
|---|---|---|
| 106 | jiyaw-10 | https://www.ebay.com/usr/jiyaw-10 |
| 107 | kitraenterprise | https://www.ebay.com/usr/kitraenterprise |
| 108 | kou478 | https://www.ebay.com/usr/kou478 |
| 109 | lahori-landa | https://www.ebay.com/usr/lahori-landa |
| 110 | lazy655 | https://www.ebay.com/usr/lazy655 |
| 111 | leural039 | https://www.ebay.com/usr/leural039 |
| 112 | lsxsfer1 | https://www.ebay.com/str/lsxsfer1 |
| 113 | luqmakh_30 | https://www.ebay.com/usr/luqmakh_30 |
| 114 | malikzi_85 | https://www.ebay.com/usr/malikzi_85 |
| 115 | mart-hub | https://www.ebay.com/usr/mart-hub |
| 116 | mehar5516 | https://www.ebay.com/usr/mehar5516 |
| 117 | mengniekeji-11 | https://www.ebay.com/str/mengniekeji11 |
| 118 | mengniekeji-12 | https://www.ebay.com/str/mengniekeji12 |
| 119 | mengniekeji-9 | https://www.ebay.com/str/mengniei9 |
| 120 | muha77 | https://www.ebay.com/usr/muha77 |
| 121 | muhair_5023 | https://www.ebay.com/usr/muhair_5023 |
| 122 | muhamma-5481 | https://www.ebay.com/usr/muhamma-5481 |
| ■ | ■ | ■ |
| 124 | muhaus2774 | https://www.ebay.com/usr/muhaus2774 |
| 125 | mustaqeem111 | https://www.ebay.com/str/mustaqeem111 |
| ■ | ■ | ■ |
| 127 | nabo_82 | https://www.ebay.com/usr/nabo_82 |
| 128 | nextgen.deals | https://www.ebay.com/usr/nextgen.deals |
| 129 | omooti_0 | https://www.ebay.com/usr/omooti_0 |
| 130 | oreshishop | https://www.ebay.com/usr/oreshishop |
| 131 | pakstore_12358 | https://www.ebay.com/usr/pakstore_12358 |
| 132 | primepicks-0 | https://www.ebay.com/usr/primepick-0 |
| 133 | prime-traders-0 | https://www.ebay.com/usr/prime-traders-0 |
| 134 | qamarmah0 | https://www.ebay.com/usr/qamarmah0 |
| 135 | rana_804 | https://www.ebay.com/usr/rana_804 |
| 136 | ranhewag_0 | https://www.ebay.com/usr/ranhewag_0 |
| 137 | razaenterprise | https://www.ebay.com/usr/razaenterprise |
| 138 | redhosglo_0 | https://www.ebay.com/usr/redhosglo_0 |
| 139 | reh-839 | https://www.ebay.com/usr/reh-839 |
| 140 | ridicolandia | https://www.ebay.com/usr/ridicolandia |
| 141 | ronghai-06 | https://www.ebay.com/usr/ronghai-06 |
| 142 | rozirs0 | https://www.ebay.com/usr/rozirs0 |
| 143 | sajhai3546 | https://www.ebay.com/usr/sajhai3546 |
| 144 | samratco0 | https://www.ebay.com/usr/samratco0 |
| 145 | sansirosports | https://www.ebay.com/str/sansirosports34 |
| 146 | shareh8337 | https://www.ebay.com/usr/shareh8337 |
| 147 | shayan246 | https://www.ebay.com/usr/shayan246 |
| 148 | shoecraze-pk | https://www.ebay.com/usr/shoecraze-pk |

| 149 | shopfusion_08 | https://www.ebay.com/usr/shopfusion_08 |
|---|---|---|
| 150 | si969542 | https://www.ebay.com/usr/si969542 |
| 151 | silevr.stone | https://www.ebay.com/usr/silevr.stone |
| 152 | spider0_6 | https://www.ebay.com/usr/spider0_6 |
| 153 | store06799 | https://www.ebay.com/str/store06799 |
| 154 | suduhmaneeshas0 | https://www.ebay.com/usr/suduhmaneeshas0 |
| 155 | sunho4339 | https://www.ebay.com/usr/sunho4339 |
| 156 | supreme_deals23 | https://www.ebay.com/usr/supreme_deals23 |
| 157 | swa111-56 | https://www.ebay.com/usr/swa111-56 |
| 158 | tenam_75 | https://www.ebay.com/str/tenam75 |
| 159 | the_luxury_mall | https://www.ebay.com/usr/the_luxury_mall |
| 160 | thegoldencart_0 | https://www.ebay.com/usr/thegoldencart_0 |
| 161 | thehawatrading | https://www.ebay.com/str/thehawatrading |
| 162 | theleathercollection | https://www.ebay.com/usr/shoecraze-pk |
| 163 | tiro_4320 | https://www.ebay.com/usr/tiro_4320 |
| 164 | tradeusa_1 | https://www.ebay.com/usr/tradeusa_1 |
| 165 | tyotu0 | https://www.ebay.com/usr/tyotu0 |
| 166 | um-5121 | https://www.ebay.com/usr/um-5121 |
| 167 | usjam-53 | https://www.ebay.com/usr/usjam-53 |
| 168 | vivche77 | https://www.ebay.com/usr/vivche77 |
| 169 | wxyli-71 | https://www.ebay.com/str/wxyli71 |
| 170 | xxxi | https://www.ebay.com/str/xxxi?_tab=about |
| 171 | zai_72 | https://www.ebay.com/usr/zai_72 |
| 172 | zomtools | https://www.ebay.com/str/zomtools |
| 173 | zub_3612 | https://www.ebay.com/usr/zub_3612 |
| 174 | KEEPNICEPRO | https://www.walmart.com/global/seller/102790686 |
| ■■■ | ■■■■■■■■ | ■■■■■■■■■■■■ |
| 176 | Aerothoticsw | www.aerothoticsw.shop |
| ■■■ | ■■■■■■■■ | ■■■■■■■■■■■■■■■■ |
| ■■■ | ■■■■■■■■■■■■■■ | ■■■■■■■■■■■ |
| 180 | ExpressMedTreat | www.expressmedtreat.com |
| ■■■ | ■■■■■■■■ | ■■■■■■■■■■ |
| 182 | Fjsw.shop | www.fjsw.shop |
| 183 | Foxgloveutahsw | www.foxgloveutahsw.shop |
| 184 | FreeExpressM | http://freeexpressm.shop |
| ■■■ | ■■■■■■■■■■■■■■ | ■■■■■■■■■■■■■■■■■■ |
| 186 | Joyeloo | http://joyeloo.com |
| 187 | Jytik | www.jytik.top |
| 188 | Lakatarina | http://lakatarina.com |
| 189 | Lifevacusa | http://lifevacusa.org |
| 190 | mustmedical | www.mustmedical.com |

| | | |
|---|---|---|
| 191 | myluxuryemporium.com | myluxuryemporium.com |
| | ███ | ███ |
| | ███ | ███ |
| 194 | piattinostore | piattinostore.com |
| | ███ | ███ |
| 196 | sokoskincde.shop | sokoskincde.shop |
| | ███ | ███ |
| | ███ | ███ |
| | ███ | ███ |