UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Laika, LLC

          Plaintiff,

v.

Case No.: 1:25−cv−10829

Honorable Elaine E. Bucklo

Partnerships and Unincorporated Associations Identified on Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

    MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff have failed to file a status report required by minute entry no. [37]. Status hearing is reset for 3/9/2026 at 9:45 a.m. (to track the case only, no appearance is required). By 3/2/2026, plaintiff is to file a status report as to remaining non−dismissed defendant. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.