IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Laika, LLC | ) | |
|---|---|---|
| | ) | Case No. 25-cv-10829 |
| v. | ) | |
| | ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Maria Valdez |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Laika, LLC, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 271 | ZNTU | A1JF0MZ46C4P6B |
| 272 | WSION | A1MN1VBAHP2OBK |
| 298 | G2TUP-US | A36J6AETUBXGYN |
| 317 | YUBUYU | AM2Q3QJMBL7Z5 |
| 321 | Melodyyy | AP0YNGMNI2BH7 |
| 322 | bobauna | AREGRP5FENTM8 |
| 472 | Kahaset | Kahaset |
| 495 | Luxe Attire | 1445093839 |
| 499 | Fathion YI | 2241269758 |
| 503 | AINO Classic Customization | 3606951783 |
| 511 | Payeah Dapper | 5512940675 |
| 518 | Xtrim Multiservice | 8379605567 |
| 524 | HOLIDAY KIDS | 9356277417 |
| 557 | SewCouture | 634418217878366 |
| 628 | Romantic Poster | 634418219695900 |
| 704 | Zhendejiade | 634418220401100 |
| 737 | Canvas Circuit | 634418221002640 |
| 833 | EnchantedPrints M | 634418222377923 |
| 884 | Orca H | 634418223385957 |

| | | |
|---|---|---|
| 934 | Mengni Special Alloy Co., LTD | 102582300 |

Dated: January 28, 2026                                          Respectfully submitted,

                                                                              By:    s/David Gulbransen/
                                                                                        David Gulbransen
                                                                                        Attorney of Record

                                                                                        David Gulbransen (#6296646)
                                                                                        Law Office of David Gulbransen
                                                                                        805 Lake Street, Suite 172
                                                                                        Oak Park, IL 60302
                                                                                        (312) 361-0825 p.
                                                                                        david@gulbransenlaw.com