IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Laika, LLC | ) | |
| | ) | Case No. 25-cv-10829 |
| v. | ) | |
| | ) | Judge: Hon. Elaine E. Bucklo |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Maria Valdez |
| IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**Joint Stipulation and Order for Dismissal**

The parties to this action, Plaintiff and Doe 287, quta (ID: A2N54YW5QGKUUU) acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs. This court shall retain jurisdiction solely for the enforcement of the negotiated settlement agreement.

Dated: February 18, 2026

| | |
|---|---|
| ____*David Gulbransen*____ | ____s/Christopher Keleher/____ |
| David Gulbransen | Christopher Keleher |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| | |
| David Gulbransen | Christopher Keleher |
| Law Office of David Gulbransen | The Keleher Appellage Law Group, LLC |
| 805 Lake Street, Suite 172 | 1 East Erie Street |
| Oak Park, IL 60302 | Suite 525-4635 |
| (312) 361-0825 p. | Chicago, IL 60611 |
| (312) 873-4377 f. | 312-448-8491 p. |
| david@gulbransenlaw.com | ckeleher@appellatelawgroup.com |

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against the Plaintiff and Doe 287, quta (ID: A2N54YW5QGKUUU) are hereby dismissed with prejudice.

Dated: February 18, 2026                    Entered:

 

 

                                              Hon. Elaine E. Bucklo
                                              United States District Judge